**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>       Plaintiff,<br><br>  v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>       Defendants. | Case No. 6:20-cv-00476-ADA |

**DECLARATION OF BRIAN A. ROSENTHAL IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT
<u>FOR FAILURE TO STATE A CLAIM</u>**

I, Brian A. Rosenthal, declare as follows:

1.      I am an attorney permitted to practice law before this Court *pro hac vice* and am licensed to practice law in New York and the District of Columbia. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Defendants Dell Technologies Inc., Dell Inc. and EMC Corporation in the above-captioned action.  I have personal knowledge and/or am directly informed of the matters stated below and, if called, would testify to them under oath.

2.      Attached here as **Exhibit A** is a true and correct copy of a Workshare-generated redline comparison between the October 19, 2020 First Amended Complaint of Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Plaintiff") and Plaintiff's June 2, 2020 Original Complaint For Patent Infringement.  This comparison was generated on October 25, 2020.

3.      Attached here as **Exhibit B** is a true and correct copy of a letter sent via e-mail from Defendants to Plaintiff on September 30, 2020.

4.      Attached here as **Exhibit C** is a true and correct copy of the docket report for *WSOU Investments, LLC v. Dell Technologies Inc.*, Case No. 6:20-cv-00407-ADA (W.D. Tex.).  This docket report was retrieved from PACER on October 30, 2020.

5.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2020

                    */s/ Brian A. Rosenthal*
                    Brian A. Rosenthal

1