# EXHIBIT C

CLOSED,PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:20-cv-00407-ADA

| | |
|---|---|
| WSOU Investments, LLC v. Dell Technologies Inc. et al<br>Assigned to: Judge Alan D Albright<br>Cause: 35:271 Patent Infringement | Date Filed: 05/19/2020<br>Date Terminated: 06/02/2020<br>Jury Demand: Plaintiff<br>Nature of Suit: 830 Patent<br>Jurisdiction: Federal Question |

**Plaintiff**

**WSOU Investments, LLC**     represented by    **Ryan Scott Loveless**
*doing business as*                                                        Etheridge Law Group PLLC
Brazos Licensing and Development                    2600 E Southlake Blvd
                                                                                  Suite 120-324
                                                                                  Southlake, TX 76092
                                                                                  972-292-8303
                                                                                  Fax: 817-887-5950
                                                                                  Email: ryan@etheridgelaw.com
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **Travis Lee Richins**
                                                                                  Etheridge Law Group, PLLC
                                                                                  2600 E. Southlake Blvd., Suite 120 / 324
                                                                                  Southlake, TX 76092
                                                                                  (817) 470-7249
                                                                                  Fax: (817) 887-5950
                                                                                  Email: travis@etheridgelaw.com
                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                  **James L. Etheridge**
                                                                                  Etheridge Law Group, PLLC
                                                                                  2600 E. Southlake Blvd., Suite 120-324
                                                                                  Southlake, TX 76092
                                                                                  817-470-7249
                                                                                  Fax: 817-887-5950
                                                                                  Email: jim@etheridgelaw.com
                                                                                  *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dell Technologies Inc.**

**Defendant**

**Dell Inc.**

**Defendant**

**EMC Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2020 | 6 | STANDING ORDER from U.S. District Judge Alan D. Albright regarding scheduled civil hearings. Signed by Judge Alan D Albright. (Attachments: # 1 Supplemental Standing Order from Chief Judge Garcia re COVID19)(mc5) (Entered: 05/21/2020) |
| 05/19/2020 | 1 | COMPLAINT *for Patent Infringement* ( Filing fee $ 400 receipt number 0542-13585170). No Summons requested at this time, filed by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Attachments: # 1 Exhibit A - '435 Patent, # 2 Civil Cover Sheet)(Etheridge, James) (Entered: 05/19/2020) |
| 05/19/2020 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Etheridge, James) (Main Document 2 replaced on 5/19/2020) (am). (Entered: 05/19/2020) |
| 05/19/2020 | 3 | RULE 7 DISCLOSURE STATEMENT filed by WSOU Investments, LLC d/b/a Brazos Licensing and Development. (Etheridge, James) (Entered: 05/19/2020) |
| 05/19/2020 |  | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lad) (Entered: 05/19/2020) |
| 05/21/2020 | 4 | NOTICE of Attorney Appearance by Ryan Scott Loveless on behalf of WSOU Investments, LLC (Loveless, Ryan) (Entered: 05/21/2020) |
| 05/21/2020 | 5 | NOTICE of Attorney Appearance by Travis Lee Richins on behalf of WSOU Investments, LLC (Richins, Travis) (Entered: 05/21/2020) |
| 06/02/2020 | 7 | NOTICE of Voluntary Dismissal by WSOU Investments, LLC (Loveless, Ryan) (Entered: 06/02/2020) |
| 06/02/2020 | 8 | Closing Report on Patent/Trademark sent to U.S. Patent and Trademark Office. (am) (Entered: 06/18/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2020 07:44:28 | | | |
| **PACER Login:** | Gibson01:2553425:4036719 | **Client Code:** | 26224-00031 |
| **Description:** | Docket Report | **Search Criteria:** | 6:20-cv-00407-ADA |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |