# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>Defendants. | Case No. 6:20-cv-00476-ADA<br><br>**JURY TRIAL DEMANDED** |

**LETTER OF REQUEST FOR FOREIGN DISCOVERY**

Defendants', Dell Technologies Inc., Dell Inc., and EMC Corporation, (collectively "Defendants") seek foreign discovery from third party witnesses residing in France. Defendants have attached Appendices with Letters of Request which include Document Requests and Deposition Topics. Defendants respectfully request that the Court execute the Letters of Request attached as Appendices C, J, and M. Defendants further request that, after the Court has signed the Letters of Request, the Clerk of this Court authenticate the Court's signature under the seal of this Court, and return the original signed and sealed executed Letters, and two certified copies of the signed and sealed executed Letters, to Defendants' counsel, Barry K. Shelton, for delivery to the proper authority.

Plaintiff, WSOU Investments, LLC d/b/a Brazos Licensing and Development, indicated that it reserves the right to serve its own foreign discovery in the future.

Dated: November 6, 2020       By:  */s/ Barry K. Shelton*
                                   Barry K. Shelton
                                   Texas State Bar No. 24055029
                                   bshelton@sheltoncoburn.com
                                   **SHELTON COBURN LLP**
                                   311 RR 620, Ste. 205
                                   Austin, TX 78734-4775
                                   Telephone: 512.263.2165
                                   Facsimile: 512.263.2166


                                   *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 6, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).

>                                          */s/ Barry K. Shelton*
>                                          Barry K. Shelton