IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § § | CIVIL ACTION 6:20-CV-00476-ADA |
| v. | § § § | PATENT CASE |
| | § § § | JURY TRIAL DEMANDED |
| DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION, | § § § | |
| Defendants. | § | |

## DECLARATION OF WILLIAM J. TUCKER

My name is William J. Tucker. I am over the age of 21 and am competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct.

I drafted U.S. Patent No. 7,565,435 as outside counsel for Alcatel eighteen years ago, in 2003. I have no recollection of any information responsive to the topics in Dell's subpoena and have no responsive documents other than: (1) privileged attorney-client communications, which I have not produced to either party to the litigation referenced above; and (2) copies of documents obtained from the Public PAIR.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                 */s/ William J. Tucker*
                 William J. Tucker