# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, § § § § Plaintiff, § § § v. § § § § DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION, § § § Defendants. § | CIVIL ACTION 6:20-CV-00476-ADA PATENT CASE JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO QUSH SUBPOENA

Having considered the motion to quash and motion for protective order filed by William J. Tucker and Plaintiff WSOU Investments, LLC ("WSOU"), the Court finds the motion is well taken and should be GRANTED. It is hereby ORDERED that Dell's subpoena issued on May 27, 2021 against Mr. Tucker is quashed.

_____
Presiding Judge