# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>*Plaintiff,*<br><br>v.<br><br>DELL TECHNOLOGIES INC., DELL INC., AND EMC CORPORATION,<br><br>*Defendants.* | Case No.: 6:20-cv-00473-ADA<br>Case No.: 6:20-cv-00476-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FROM CASE

Plaintiff's Unopposed Motion to Withdraw Hershy Stern is GRANTED. The clerk is requested to remove such attorneys from all service lists including CM/ECF system.

Signed this 6th day of April, 2023.

_____
Honorable Derek T. Gilliland
United States Magistrate Judge

6